PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>RAFAEL OMERO PLATA GUERRERO,<br><br>                              Defendant. | CASE NO: 5:24-MJ-00035-CDB<br><br>STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER |

WHEREAS, the discovery in this case contains private personal information regarding minors and other third parties, including but not limited to their names, ages, and/or physical descriptions ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant RAFAEL OMERO PLATA GUERRERO, by and through his counsel of record, Eric Kersten ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Brittany M. Gunter, hereby agree and stipulate as follows:

1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, as well as its general supervisory authority.

2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents or other information, if any, from which Protected Information has first been redacted.

4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.   Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.   In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new

///

///

1  counsel after new counsel has confirmed to government counsel in writing his or her agreement to the

2  terms of this Order.

3

4  IT IS SO STIPULATED.

5  Dated:  9/26/24                          By:  _____

6                                                ERIC KERSTEN
                                                 Attorney for Defendant
7                                                Rafael Omero Plata Guerrero

8

9  Dated: September 26, 2024                      PHILLIP A. TALBERT
                                                 United States Attorney
10

11                                         By:   /s/ BRITTANY M. GUNTER
                                                 BRITTANY M. GUNTER
12                                               Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   PHILLIP A. TALBERT
    United States Attorney
2   BRITTANY M. GUNTER
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7
              IN THE UNITED STATES DISTRICT COURT
8
              EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,                 CASE NO.   5:24-MJ-00035-CDB
11
                                              PROTECTIVE ORDER
12                        Plaintiff,
13            v.
14  RAFAEL OMERO PLATA GUERRERO,
15                        Defendant.

16

17      For good cause shown, the stipulation between counsel dated September 26, 2024, in Case No.

18  5:24-MJ-00035-CDB, regarding discovery and treatment of Protected Information is approved.

19      IT IS SO ORDERED.

20

21
    DATED:   September 27, 2024
22
                                              _____
23                                            HON. CHRISTOPHER D. BAKER
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28                                    4