HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL OMERO PLATA GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL OMERO PLATA GUERRERO,<br><br>Defendant. | Case No. 5:24-mj-00035-CDB<br><br>**STIPULATION TO CONTINUE DETENTION HEARING;** [PROPOSED] **ORDER**<br><br>Date:  October 10, 2024<br>Time:  2:30 p.m.<br>Judge: Hon. Cristopher D. Baker |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for Rafael Guerrero, that the detention hearing set for October 3, 2024 may be continued to October 10, 2024.

An interview with Pretrial Services was scheduled for October 1, 2024, but could not be conducted due to Mr. Guerrero's medical status. Another attempt was made on October 2, 2024 but counsel and Pretrial Services were advised Mr. Guerrero remains unavailable. The Pretrial interview has been tentatively rescheduled for October 8, Mr. Guerrero's medical status permitting. Good cause exists pursuant to 18 U.S.C. § 3142(f)(2) because Mr. Guerrero's medical status has prevented Pretrial Services from completing its investigation in a timely manner, and the requested continuance is necessary to allow time for Mr. Guerrero to be

interviewed and a post interview Pretrial investigation report completed

The parties agree that the delay resulting from this continuance shall be excluded in the interests of justice, for effective defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties agree that good cause for this continuance exists for purposes of 18 U.S.C. § 3142(f)(2).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 2, 2024

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 2, 2024

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAFAEL OMERO PLATA GUERRERO

**O R D E R**

**IT IS SO ORDERED.** The detention hearing set for October 3, 2024 is continued to October 10, 2024, at 2:30 p.m.. Good cause for this continuance exists for purposes of 18 U.S.C. § 3142(f)(2), and time shall be excluded through October 10, 2024, in the interests of justice, for effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Date: October __2__, 2024

Hon. Christopher D. Baker
Judge, United States District Court